Mitchell J. Langberg, Esq. (10118)
mlangberg@bhfs.com
Laura E. Bielinski, Esq., Bar No. (10516)
lbielinski@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

Peter L. Arvant (Michigan Bar No. P52809)
Admitted *Pro Hac Vice*
STARK REAGAN, P.C.
1111 W. Long Lake Road, Suite 202
Troy, MI 48098-6310
Telephone: (248) 641-9955
Facsimile: (248) 641-9955

Joseph A. Ahern
Admitted *Pro Hac Vice*
AHERN FLEURY
430 North Old Woodward
Birmingham, Michigan 48009
Telephone: (248) 723-6101
Fax: (248) 723-6102

Attorneys for Wintice Group, Inc.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WINTICE GROUP, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DESTINY LONGLEG, an individual, and DAVID D. HORTON, an individual,<br><br>Defendants. | Case No. 2:08-CV-01827-PMP-RJJ<br><br>**STIPULATED PERMANENT INJUNCTION (PROPOSED)** |

## PERMANENT INJUNCTION

**IT IS HEREBY ORDERED** that Defendants, and their heirs, successors, predecessors, assigns, agents, servants, employees and/or all persons acting in concert or participation with them, are permanently enjoined and prohibited from:

(1) using or referencing, in any manner whatsoever, Plaintiff's trademarks, including but not limited to Men4RentNow, Men4RentNow.com, M4RN.com, and M4RN, or confusingly similar variations thereof, alone or in combination with any other words, letter strings, phrases or designs, in commerce or in connection with any business or for any other purpose;

(2) expressly or impliedly representing themselves or any of their officers, agents, servants, employees and/or all other persons acting in concert therewith, as representatives of Plaintiff and/or its websites and operations;

(3) expressly or impliedly representing to third parties that their activities, or the activities of its officers, agents, servants, employees and/or all other persons acting in concert therewith, are affiliated with or endorsed by Plaintiff and/or its websites and operations;

(4) expressly or impliedly representing to third parties that their services are in any way affiliated with or endorsed by Plaintiff and/or its websites and operations;

(5) using, operating, registering, owning, leasing, selling, or trafficking in any domain names containing Wintice Group's marks or confusingly similar variations thereof, alone or in combination with any other letters, words, phrases or designs, including but not limited to Men4RentNow.com, M4RN.com, Men4RentNow.org, Men2RentNow.net, Men2RentNow.com, and Men2RentNow.org.

(6) unlawfully, improperly, or unfairly competing against Wintice Group, Inc.

**IT IS HEREBY FURTHER ORDERED** that this Court retains jurisdiction to enforce the terms of this Injunction and the parties' settlement terms. If a party is required to seek judicial intervention to enforce the terms of this Injunction of the parties' settlement terms, then the prevailing party to those proceedings shall be awarded a judgment in the amount of the reasonable

attorneys fees and expenses incurred in having to pursue the post-settlement proceedings.

DATED: this 18th day of May, 2011.   DATED: this 18th day of May, 2011.

WINTICE GROUP, INC.

By: /s/ Peter L. Arvant
    PETER L. ARVANT, ESQUIRE
    Stark Reagan, P.C.
    1111 West Long Lake Road
    Troy, Michigan 48098

/s/ Destiny Longleg
DESTINY LONGLEG
1973 Verbania Drive
Las Vegas, Nevada

*Defendant*

*Attorneys for Plaintiff*

DATED: this 18th day of May, 2011.

/s/ David D. Horton
DAVID D. HORTON
1973 Verbania Drive
Las Vegas, Nevada

*Defendant*

DATED: __ May 19, 2011.

_____
PHILIP M. PRO
United States District Judge

IT IS ORDERED the trial set for Tuesday, July 26, 2011, at 9:00 a.m. and the calendar call set for Wednesday, July 20, 2011, at 9:00 a.m. are VACATED.