Mitchell J. Langberg, Esq. (10118)
mlangberg@bhfs.com
Laura E. Bielinski, Esq., Bar No. (10516)
lbielinski@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

Peter L. Arvant (Michigan Bar No. P52809)
Admitted *Pro Hac Vice*
STARK REAGAN, P.C.
1111 W. Long Lake Road, Suite 202
Troy, MI 48098-6310
Telephone: (248) 641-9955
Facsimile: (248) 641-9955

Joseph A. Ahern
Admitted *Pro Hac Vice*
AHERN FLEURY
430 North Old Woodward
Birmingham, Michigan 48009
Telephone: (248) 723-6101
Fax: (248) 723-6102

Attorneys for Wintice Group, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WINTICE GROUP, INC., a California Corporation,<br><br>             Plaintiff,<br><br>v.<br><br>DESTINY LONGLEG, an individual, and DAVID D. HORTON, an individual,<br><br>             Defendants. | Case No. 2:08-CV-01827-PMP-RJJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE (PROPOSED)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Wintice Group, Inc., through its undersigned counsel of record, and Defendants Destiny Longleg and David D.

///

12932\1\1539099.1                                          1

Horton, that the above-entitled matter be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED: this 18th day of May, 2011.                DATED: this 18th day of May, 2011.

                                          WINTICE GROUP, INC.

/s/ Destiny Longleg                By: /s/ Peter L. Arvant
DESTINY LONGLEG                        PETER L. ARVANT, ESQUIRE
1973 Verbania Drive                    Stark Reagan, P.C.
Las Vegas, Nevada                      1111 West Long Lake Road
                                       Troy, Michigan  48098
*Defendant*

DATED: this 18th day of May, 2011.                *Attorneys for Plaintiff*


/s/ David D. Horton
DAVID D. HORTON
1973 Verbania Drive
Las Vegas, Nevada

*Defendant*

 

IT IS SO ORDERED.

_____
PHILIP M. PRO
United States District Judge

DATED:  May 20, 2011

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

12932\1\1539099.1                               2